**United States Bankruptcy Court, Trenton, NJ**

Case No. 26-11316-CMG
Re: Monmouth Superior Court; MON-DC-011334-25;
   SECRETARY OF HOUSING VS MAXINE MURRAY



FILED:BANKRUPTCY:NJB
2026 APR 17 PM3:37:26

### <u>Demand for Permanent Injunction until the following facts are resolved and established in the court record:</u>

1. KML Law Group, et al, (Michael T. McKeever, agent) hereinafter KML, be required to establish Delegation of Authority, Status and Standing, and proof of Subject Matter Jurisdiction in the court record in writing;
2. KML be required to prove subject matter jurisdiction in writing in court record, claiming authority over private property at 21 Clinton Place, Red Bank, NJ, belonging to deceased Gold Star Family, WWII Combat Veteran and sole heir Maxine Murray;
3. KML agent(s) be required to provide their appointment of fiduciary authority with IRS Form 56 filed into court record, showing authority to speak on behalf of SECRETARY OF HOUSING (HUD);
4. KML agent(s) provide appointment of Power of Attorney (POA) authority, requiring agent(s) IRS Form 2848 be filed into court record, showing POA authority to speak on behalf of SECRETARY OF HOUSING;
5. KML be required to validate the claimed debt obligation owed HUD, by sworn response to the Fair Debt Collection Practices Act (FDCPA) request served by certified mail to KML January 31, 2025, (See attached FDCPA, 20pgs); KML currently is standing in default of request with Notice of Non-response default sent October 24, 2025 of record;
6. KML agents remain in default, failed to respond into the Monmouth County Superior court record with any response to: "ORDER TO SHOW CAUSE (OSC) EMERGENCY ORDER SETTING ASIDE FINAL JUDGEMENT . . . BY AFFIDAVIT BY: Maxine Murray", January 29, 2026, attached 5pgs;
7. KML agents continue to compel Cruel and Unusual Punishment Inflicted, Elder Abuse, denying discovery and due process law, against Maxine Murray at 83, the Sole Heir of a Gold Star Family, whose father served his County in World War 2 combat;
8. KML is in violation of its own Charter;

Fraud on the contract and court is present without written documented facts that are established in the record, including but not limited to Plaintiff's, Delegation of Authority, Lawful Standing and Status, Subject Matter Jurisdiction, and proof of a sworn validated debt obligation;

**Mandatory Judicial Notice** of: "Maxine Murray's Chapter 13 Plan, Modified Notice, NON- STANDARD PROVISIONS, Part 10, Bankruptcy Court Case # 26-11316", 3pgs.

This 15th Day of April, 2026          By: /s/ _Maxine Murray_
                                         Maxine Murray, sui juris, self in Law
                                         Beneficiary of MAXINE MURRAY ESTATE

Total pages: 32
- Demand for Permanent Injunction 1 pg ; – FDCPA Request – 22 pp
- FDCPA, Notice of Non Response, Default – 2 pp
- Order to Show Cause, Supported by Affidavit – 5 pp
- WRIT OF POSSESSION emailed  02-10-2026, 5 days after Chapter 13 filing – 1 pg
- WRIT OF EXECUTION emailed 04-10-2026, 56 days after Chapter13 filing – 1 pg



```
           UNITED STATES
           POSTAL SERVICE.

         SANTA ANA WINDOW SVCS
         3101 W SUNFLOWER AVE
         SANTA ANA, CA 92799-0100
              (800)275-8777

01/31/2025                        06:55 PM

Product            Qty   Unit     Price
                         Price

Ship Confirm Accept  1            $0.00
      Tracking #:
         9475 7098 9956 1753 4646 97

First-Class Mail®    1            $2.31
Large Envelope
      Smithville, TX 78957
      Weight: 0 lb 3.60 oz
      Estimated Delivery Date
         Wed 02/05/2025
      Certified Mail®              $4.85
         Tracking #:
            9589 0710 5270 0927 2588 57
      Return Receipt               $4.10
         Tracking #:
            9590 9402 9014 4122 3351 05
Total                             $11.26

First-Class Mail®    1            $2.31
Large Envelope
      Temecula, CA 92590
      Weight: 0 lb 3.80 oz
      Estimated Delivery Date
         Mon 02/03/2025
      Certified Mail®              $4.85
         Tracking #:
            9589 0710 5270 0927 2588 40
      Return Receipt               $4.10
         Tracking #:
            9590 9402 9014 4122 3351 29
Total                             $11.26

First-Class Mail®    1            $2.59
Large Envelope
      Tulsa, OK 74134
      Weight: 0 lb 4.10 oz
      Estimated Delivery Date
         Wed 02/05/2025
      Certified Mail®              $4.85
         Tracking #:
            9589 0710 5270 0927 2588 19
      Return Receipt               $4.10
         Tracking #:
            9590 9402 9014 4122 3351 81
Total                             $11.54

Grand Total:                      $34.06

Debit Card Remit                  $34.06
      Card Name: VISA
      Account #: XXXXXXXXXXXX4172
      Approval #: 025521
      Transaction #: 860
      Receipt #: 061378
      Debit Card Purchase: $34.06
      AID: A0000000980840      Chip
      AL: US DEBIT
      PIN: Verified
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Philadelphia, PA 19106

Certified Mail Fee $4.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage $2.50

Total Postage and Fees

Sent To: Corporation Trust and attn: Eric McDonough
Street and Apt. No., or PO Box No. KML Law Group, P.C. et al.
Market Street, Suite 5000
City, State, ZIP+4: Philadelphia, Pennsylvania 19106

PS Form 3800, January 2023

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $4.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage $2.50

Total Postage and Fees $11.50

Sent To: CEO et al./Legal Manager of CompuLink Retail
Street and Apt. No., or PO Box No. HubTel et al.
14002 East 21st Street, Suite 360
City, State, ZIP+4: Tulsa, OK 74134

PS Form 3800, January 2023

See Reverse for Instructions

Certified Notice # 9589 0710 5270 0927 2588 19
**Certificate of Mailing**
**Affidavit of Proof of Service by Mail**

California State Republic

Orange County

} The following text  **AFFIDAVIT OF PROOF OF SERVICE**
} is affirmed and subscribed to      **BY  MAIL**
} in this de jure venue; to wit:

On the date of January _____ 2025, the undersigned, a man of lawful age caused to be served by certified mail by placing a copy of the following documents a true, correct and complete certified copy of the following documents:

1: Sent by Certified Mail **9589 0710 5270 0927 2588 19** and by certified mail **9589 0710 5270 0927 2588 33** a copy of Certified Notice #**9589 0710 5270 0927 2588 19** From **Ombudsman Michael Lerman** re presentments made to Maxine Murray a document titled  Notice of Presentment of demands for debt validation disclosures ,Notice to cease and desist all collections activities until compliance FDCPA ,FCRA,TLIA,RESPA, and other federal laws have been met

2. Sent by Certified Mail **9589 0710 5270 0927 2588 19** and by certified mail **9589 0710 5270 0927 2588 33** a copy of Certified Notice #**9589 0710 5270 0927 2588 19** From **Ombudsman Michael Lerman**  re presentments sent to Maxine Murray which was RETURN for cause without dishonor  see attached notices with **RED INK NOTICE STAMP** printed across the face of the document you sent Maxine Murray  stating the following :  Return for Cause without Dishonor  See attached NOTICE of Presentment of demands for Debt Validation Disclosures Notice and demand for abatement of your notice regarding forclosure For lawful cause  see attached notice Pursuant to FDCPA and Truth in Lending Act Law Notice to Cease and Desist all collections activities until compliance with FDCPA, FCRA ,TILA ,RESPA and other Federal laws have been met   also provide the following #1 (POA) Proof of Power of Attorney contract from the bank to operate on their behalf, and #2 IRS FORM 56 Fiduciary Disclosure, and #3 Demand for IRS FORM 1099 OID Disclosure of the source of funding for the alledged loan Demand for Sworn Proof of Debt Validation Claim Specific Disclosures re: FDCPA. TILA, FCRA #5 Demand for Error-Free Accounting regarding this account's GAAP Ledger

3.Sent by Certified Mail  **9589 0710 5270 0927 2588 19** and by certified mail **9589 0710 5270 0927 2588 33** a copy of Certified Notice #**9589 0710 5270 0927 2588 19** From Maxine Murray sent by **Ombudsman Michael Lerman** under seal  re presentments made to Maxine Murray **a document titled  Judical Notice  sent on behalf of Maxine Murray from Maxine Murray a demand for debt validation disclosures ,Notice to cease and desist all collections activities until validation of debt claim compliance  have been met**

4.Sent by Certified Mail  **9589 0710 5270 0927 2588 19** and by certified mail **9589 0710 5270 0927 2588 33** a copy of Certified Notice #**9589 0710 5270 0927 2588 19** From Maxine Murray sent by **Ombudsman Michael Lerman** under seal  re presentments made to Maxine Murray **a document titled records request notice and demand for error free accounting pursuantr to ucc 9-210 presented to the debt collect**

To be placed into an individually addressed envelope to the following and personally caused the envelopes to be mailed by Certified mail with postage prepaid and Certificate of Mailing Affidavit of Proof of Service by mail with return receipt requested, to the following man / woman / entity /persons:

**To: C.E.O et al / Legal Manager of Compulink et al, HUD et al
14002 East 21 street ,Suite 300, Tulsa .OK 74134
by Certified Mail # 9589 0710 5270 0927 2588 19**

**To : Compulink et al and  Attn C/o J Eric Kishbaugh et al
Legal Manager of KML law group PC et al
C/O suite 5000 Market Street  Philadelphia, Pennsylvania 19106
by Certified Mail # 9589 0710 5270 0927 2588 33**

Signed by _~Timothy Freeman~_ Dated _January 31 2025_

**Ombudsman Certified Notice # 9589 0710 5270 0927 2588 19**

Justice   Honor   Integrity



**Presented Under Seal: Official Business**
**NOTICE of Presentment of demands for Debt Validation Disclosures**
Notice and Demand for Abatement of your Notice Regarding Forclosure
For lawful cause  see attached notice
Pursuant to FDCPA and Truth in Lending Act Law
Notice to Cease and Desist all collections activities until compliance with
FDCPA, FCRA ,TILA ,RESPA other federal laws have been met

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

From: Michael Lerman,                              **January 31, 2025**
Republic Citizens Ombudsman
Correspondence Sent on behalf of **Maxine Murray**
C/O 11037 Warner Ave. # 304
Fountain Valley, California

Notice : To: Debt Collector Alleged agent for  **Compulink et al, HUD et al**
**Reference  reference # Compulink, alleged agent for HUD et al , and KML law group PC et al**
re : account #  352-6613929

In response to Debt Collection notice sent to  **Maxine Murray**
Greetings alleged Agent for the Bank:  The reason for these correspondence follows--

**Maxine Murray** , through **her** advisor, has  asked me to provide our ombudsman services and intervene in this matter to send her response to the Debt collection notice by the alleged agent of **Compulink et al and Hud et al** under ombudsman seal because she believes that you may be engaged in unlawful prohibited conduct and for this organization to monitor how you and those who represent you respond to her lawful demands included herein for disclosures pursuant to Reg Z , Truth in Lending Act ,(TILA)  Fair Debt Collections Practices Act (FDCPA), Fair Credit Reporting Act (FCRA) and (RESPA) and other State and Federal laws .

I have been asked to monitor this matter for the court of record and make a report of my findings to the grand jury should the wrongful conduct of the Debt Collectors , the agent for the Bank or insitution et al, claiming any rights, title or interest to forclose and to the council attorney representative for **bank or insitution et al** and it's agents be found or does not stop or does not seek  amicably seek resolution of any issues  through the intervention of this office . Please note that the Office of the Republic Citizens Ombudsman is an independent

**Ombudsman Certified Notice # 9589 0710 5270 0927 2588 19**
**NOTICE of Presentment of demands for Debt Validation Disclosures**
**Notice and Demand for Abatement of your Notice Regarding Forclosure**

joint anti corruption task force member organization that fiercely protects constitutionally and God Given protected rights. Our mission is to help people who are in disputes find a path to peaceful and amicable resolution and remedies to whatever the challenges and problems may be at issue.

Our mission beside protecting consitutionally protected rights is also to help people who are being defrauded and scammed by unlawful conduct, document and record the evidence of the facts in the matter through administrative process and make a report of our findings to the Grand Jury or other enforcement agencies if that becomes necessary.
My hope is always to find a win win alternative resolution solution wherever possible that avoids the expense of a protracted court battle.

**Maxine Murray** reported to me that Debt collector agent for the **Bank** and or insitution etal ignored **her** communications as she attempted to work out a resolution, it appears that the Debt collector seems to be in a hurry to damage **Maxine Murray** Credit and commercial reputation and ability to trade which is a restraint of trade without allowing a full inquiry that is allowed by law to see if the debt being assessed is even her's or is accurate and or valid , free from any and all deceits concealment and misrepresentation and that the organization attempting to enforce is a true holder in due course with the right to enforce with clean hands.

If this is the case, **Maxine Murray** is more than capable of resolving this issue. It has come to **Maxine Murray's** attention, however, that the Debt collector may be engaged in unlawfully prohibited conduct, and as such **Maxine Murray** asked me to help **her** present a debt validation **and** pursuant to the Fair Debt Collection Practices Act (FDCPA) ,(TILA) and (FCRA), and an error-free accounting and Proof of power of attorney to determine if those attempting to collect a debt are not engaged in unlawfully prohibited conduct to cause **Maxine Murray** hardship, unnecessary injury, and loss through using the courts to be a vehicle to engage in larceny by trick, extortion under color of law, and inland piracy through circumvention of the protection of due process in law to violate her constitutionally protected rights by intentional suppression of evidence and protected free speech relative to protecting her equitable interest in the subject matter.

Any Attorneys engaging in this matter are Debt Collectors pursuant to the FDCPA acting for the bank(s) Creditor(s) assign(s), insitutions and Debt Collectors are lawfully noticed that they will be required at all times to make sworn lawful disclosures as demanded herein and support any claims you or those who represent you are advancing otherwise you /they lack standing and subject matter jurisdiction. (Purusant to California Penal code125 An unqualified statement of that which one does not know to be true is equivalent to a statement of that which one knows to be false) . If statements are not supported by documentary evidence from a competent fact witness with first-hand knowledge, they will be rejected as hearsay. If the Banker al al , institutions et al. and Debt Collectors wish to withdraw from this matter and not be investigated for unlawful conduct, they may do so by tendering a wrtten notice that they are canceling this matter which will make **Maxine Murray** whole.

The Ombudsman office has helped many people and organizations find fair and equitable solutions.
In today's cdrrespondence, you will be receiving the following documents pursuant to federal law and state law: pursuant to the Fair Debt Collection Practices Act and Truth in Lending Act, the S.E.C and Federal Trade Commission, Anti-Money Laundering Act, Sarbanes Oxley Act, Hobbs Act, and Westfall Act and other federal laws that require mandatory disclosures while conducting certain financial transactions to assure that all

Ombudsman Certified Notice # 9589 0710 5270 0927 2588 19
NOTICE of Presentment of demands for Debt Validation Disclosures
Notice and Demand for Abatement of your Notice Regarding Forclosure

transactions that are conducted are done so with clean hands and fair dealing and not in restraint of trade laws. The documents you will be receiving from **Maxine Murray** sent to your office from the Republic Citizen's Ombudsman office are as follows:

- **RED INK NOTICE STAMP** printed across the face of the document you sent **Maxine Murray** stating the following :  Return for Cause without Dishonor  See attached NOTICE of Presentment of demands for Debt Validation Disclosures Notice and demand for abatement of your notice regarding foreclosure
  For lawful cause  see attached notice Pursuant to FDCPA and Truth in Lending Act Law
  Notice to Cease and Desist all collections activities until compliance with
  FDCPA, FCRA ,TILA ,RESPA and other Federal laws have been met   also provide the following
  #1 (POA) Proof of Power of Attorney contract from the bank to operate on their behalf, and
  #2 IRS FORM 56 Fiduciary Disclosure, and
  #3 Demand for IRS FORM 1099 OID Disclosure of the source of funding for the alledged loan
  #4 Demand for Sworn Proof of  Debt Validation Claim Specific Disclosures re: FDCPA, TILA, FCRA
  #5  Demand for Error-Free Accounting regarding this account's GAAP Ledger

- Ombudsman Mail Notice #  **Debt collector and council are required to provide answers, provide specific sworn Proof of Claims pursuant to law re:**
- **LAWFUL NOTICE AND  DEMAND TO VALIDATE DEBT CLAIM  to  Maxine Murray** via the office of the Republic Citizens's Ombudsman

- **Ombudsman Mail Notice # 9589 0710 5270 0927 2599 53** Demand / Request for Error Free Accounting  provided to **Maxine Murray** via the office of the Republic Citizens Ombudsman. The address where to respond is on the  page 1 of this notice  please send  it addressed **to Maxine Murray** C/O Ombudsman Office,  11037 Warner Ave, # 304,  Fountain Valley, California ( 92708). Thank you.

You are noticed that you are to send your response to **Maxine Murray** to this office for each of these demands for disclosures within (10) ten days. If more time is  needed to respond, you must place a written request to this office for an extension of time  to answer  and it will be granted for up to ten days. If more time than that is required, then you need to ask for it and it will be considered and granted if it is reasonable and not an attempt to hinder or deny mandatory disclosures that are required of you and the organizations you are representing under Law.

If no response is received by this office within ten days, then  you will be noticed that you are in default with one chance to cure . If you fail to cure and are found to be engaging in unlawfully prohibited conduct, then a sworn report will be made from this office regarding the facts noticed and witnessed by this office in the matter that have been discovered for use in future proceedings if this becomes necessary.

My hope is that you will give your full cooperation in this matter and that an amicable positive settlement may be found.

I await your response to this Ombudsman presentment made on behalf of **Maxine Murray's** demands for disclosure pursuant to law within 10 days of this notice and presentment for demanded disclosures.

Ombudsman Certified Notice # 9589 0710 5270 0927 2588 19
**NOTICE of Presentment of demands for Debt Validation Disclosures**
**Notice and Demand for Abatement of your Notice Regarding Forclosure**

You are noticed while this matter is under investigation, **you are estopped under federal law from advancing any court actions until this inquiry is completed and full, transparent disclosures are made as demanded . You are also noticed that all debt collection calls or any other type of harassment verbal, economic, or otherwise will cease and desist during the time of this investigation/ inquiry, or it will be immediately reported to the Federal Trade Commission for enforcement of violations of FDCPA.**

Respectfully,

Jan 31, 2025

Michael Lerman, all rights reserved
Republic Citizen's Ombudsman Office
Sent on behalf of **Maxine Murray** all rights reserved and protected

Ombudsman Certified Notice # 9589 0710 5270 0927 2588 19
NOTICE of Presentment of demands for Debt Validation Disclosures
Notice and Demand for Abatement of your Notice Regarding Forclosure

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Orange _____ )

On ___ January 31st, 2025 ___ before me, ___ Tatiana Veres (Notary Public) ___
(insert name and title of the officer)

personally appeared ___ Michael Lerman ___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

TATIANA VERES
COMM. #2395244
Notary Public · California
Orange County
My Comm. Expires Feb. 28, 2026

NOTICE OF PRESENTMENT OF DEMANDS FOR DEBT VALIDATION DISCLOSURES

NOTICE AND DEMAND FOR ABATEMENT OF YOUR NOTICE REGARDING FORECLOSURE

4 pages

Ombudsman Notice Number 9589 0710 5270 0927 2588 19

**NOTICE AND DEMAND TO VALIDATE DEBT CLAIM**

From Michael Lerman

Republic Citizens Ombudsman

C/O 11037 Warner Ave. # 304

Fountain Valley California (92708)

Sent on behalf of

Declarant:     **Maxine Murray**                    Date: January 27, 2025

Street Location: 21 Clinton Place

City & State:    New Jersey

Zip Code:       07701

**To Respondent(s):** Compulink et al and

           Attn C/o  J Eric Kishbaugh et al

           Legal Manager of KML law group PC et al

Address:       C/O suite 5000 Market Street

City & State:    Philadelphia, Pennsylvania

Zip Code:       19106-1532

## Judicial Notice:

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL and NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

15 U.S.C., Sec 1692 (e) states that a "false, deceptive, and misleading representation, in connection with the collection of any debt" includes false representation of the character or legal status of any debt. It further identifies as a deceptive practice any threat to take any action that cannot legally be taken.

REF: Acct. #352-6613929, see attachment: with, Return for Lawful Cause without dishonor. See attached Notices written on document, **Notice of Abatement of Debt Collection Notice** - Debt collector has not satisfied the requirements of FDCPA debt validation to advance a debt collection claim. See notice of abatement sent from the Ombudsman under seal, regarding this matter. **You are required in law to answer this notice to authenticate and validate your alleged debt claim in 10 days.** If you fail respond and provide sworn answers point by point of all points regarding your debt collection matter and disclosures asked for in your presentment, you agree by your non response you do not have a lawful claim to right, title, and interest in this alleged debt you are alleging, you are noticed to cease and desist all debt collection actions pursuant to the Fair Debt Collection Practices Act.

REF: Your correspondence purporting to allege a debt claimed by:

    Name: Compulink, alleged agent for HUD
    Alleged Account #: 352-6613929
    Alleged Balance:   $336,721.57

This is a conditional acceptance offer to fully pay/discharge in full the attached claim of debt on the condition that the claiming parties comply with this notice within 10 days of receipt of this correspondence to show clean hands with transparent disclosures and error free accounting regarding your alleged claim of debt.

NOTICE OF CLAIM DISPUTE
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

#### *******SILENCE IS ACQUIESCENCE*******

---

**NOTICE AND DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT**

Pursuant to the Truth in Lending Laws of the United States Code, Title 15 § 1601 et. seq. and the Fair Debt Collection Practices Act Laws of the United States Code § 1692 et. Seq.

This written notice constitutes a lawful response and special appearance by **Maxine Murray**, through the Ombudsman's office, without waiving any protected rights given in a timely manner to our Fair Debt Collection Practices Act notice and action, that you are attempting to collect an alleged debt and is not a dishonor of your alleged claim of debt.

As required by law, this notice is **Maxine Murray**'s demand to you to "cease and desist" all collection activities prior to validation of purported debt and you must first validate the enclosed attached claim of an alleged debt.

You must provide authentication, verification, validation, and sworn proof of claim that an actual debt really exists in law, by producing the following responses, sworn under penalty of perjury affidavit. You must provide a sworn response that you actual own the debt you are attempting to collect on.   All unsworn responses will be considered non-responses or hearsay under California penal code § 125 CA Penal Code Section 125 An unqualified statement of that which one does not know to be true is equivalent to a statement of that which one knows to be false.

(1) The name and address of the organization alleging a debt; with a sworn affidavit of claim of debt from the real party in interest, the holder in due course with the right to enforce, validated by notary seal; No sworn responsive answer will mean you agree there is no debt being claimed

(2) The name, address, phone contact number, and last 4 of their SSN and or driver's license of the person or persons in that organization alleging a claim of a debt, so a KYC (know your customer) like identification can be authenticated; No sworn responsive answer will mean you agree there is no debt being claimed

(3) The name of the actual creditor, even if that is myself; who can produce a UCC 1 proof of claim document as recorded with the Secretary of State or County Recorder's office as evidence of county filling, regarding any proof of debt claim. No sworn responsive answer will mean you agree there is no debt being claimed

(4) Please provide the phone number and email of all persons affiliated with that alleged contract; provide a documentary notarized copy to identify whose signature is on the application/contact, and to prove that the document was notarized to authenticate who signed the document on which you are basing your claim. No sworn responsive answer will mean you agree there is no debt being claimed

(5) Please provide a certified copy of the **IRS 1099 OID, 1099a, and 1099c;** showing the source of funds for the alleged loan that created the alleged debt; and if the claim was used in a charge off, it is well known that banks can not lend their credit. Who was the source that provided the funds that funded the loan? Provide sworn proof of the source of the funds; No sworn responsive answer will mean you agree there is no debt being claimed

(6) The actual records of the organization, or governmental or corporate unit, showing the time and place of the deposit and distribution of the funds used to create this alleged claim of debt; No sworn responsive answer will mean you agree there is no debt being claimed

(7) The actual records of the organization showing that an actual loan was made from the organization's own funds that resulted in the enclosed alleged claim of a debt; **Notice:** Uttering a false and fraudulent security, i.e. debt claim in a state, and attempting to enforce it by a fraud is a Class A felony. Do you wish to cancel your inchoate claim with prejudice at this time as an out-of-court settlement mutually agreed upon? No sworn responsive answer will mean you agree there is no debt being claimed

(8) The actual records of the organization with <u>live signatures on any and all document(s)/ instrument(s)</u> used to allege the existence of a real loan of funds, or debt from your organization, or else by a similar name; No sworn responsive answer will mean you agree there is no debt being claimed

(9) Be advised that <u>verification</u> is defined (Black's Law Dictionary, 6th Edition) as follows: "<u>Confirmation of correctness, truth, or authenticity, by affidavit, oath or deposition</u>". Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party; No sworn responsive answer will mean you agree there is no debt being claimed

(10)      The actual records of the organization **showing that an honest disclosure of facts** relating to the alleged loan was made by the organization in full and in compliance with the Truth in Lending Laws of the United States Code, Title 15 § 1601 et. seq. and Regulation Z;No sworn responsive answer will mean you agree there is no debt being claimed

(11)      The actual records of the organization or other governmental unit showing that any and all document(s)/instrument(s) containing my signature, or the likeness of my signature, were not negotiated or pledged by the organization or other governmental unit against my credit, to create the funds used for the appearance of a debt, and resulting in this alleged claim of

debt; No sworn responsive answer will mean you agree there is no debt being claimed

(12)      **The person that prepares and swears to the validation of debt must describe:**
1) your job description on a daily basis;
2) if you are the regular keeper of those books and records and are familiar with how they are kept and their contents;
3) how long you have been in your position;
4) when you first came in contact with the alleged account/debt;
5) how frequently do you work with the files and information they are presenting to verify/validate the alleged debt;
6) are you the person/employee who regularly works with the alleged account/debt; and
7) do you have personal firsthand knowledge about the alleged debt and/or any alleged account or did someone else say there was a debt claim without providing sworn claim?
**No sworn responsive answer will mean you agree there is no debt being claimed**

(13)      Since **you are attempting an action in this matter without my consent to this** campaign 15 U.S.C. § 1692 (e) states that a "false, deceptive, and misleading representation, in connection with the collection of any debt," includes the **false representation of the character or legal status of any debt** and further **makes a threat to take any action that cannot legally be taken is a deceptive practice; No sworn responsive answer will mean you agree there is no debt being claimed**

(14)    Since this involves a trust matter, you are to fully disclose the IRS form 56 naming the fiduciaries, and any and all beneficiary(s) named as -beneficial -title – interest holders, regarding this matter pursuant to the federal disclosure act, 5 CFR § 2634.312, Trusts, estates, and investment funds. (a) *In general.* (1)Except as otherwise provided in this section, each financial disclosure report must include the information required by this subpart about the holdings of and income from the holdings of any trust, estate, investment fund or other financial arrangement from which income is received by, or with respect to which a beneficial interest in principal or income is held by, the filer, the filer's spouse. Additionally, you must produce an error free accounting of any and all transactions made by this trust, by the fiduciaries from the beginning to support proof of claim that would support a sworn claim for relief, and **why it should be granted with 10 days of receipt of this notice.** Failure to do so would show there is no evidence to support a claim for relief by the moving party seeking a debt collection; **No sworn responsive answer will mean you agree there is no debt being claimed**

(15)    Disclosure of all CUSIP numbers used against this account, regarding any registered or unregistered securities, any bonds, assignments of collateral, mortgage back securities, promissory notes, bills of exchanges, debentures, money orders, Federal Reserve MC 10 applications for cash, checks or any other financial instruments used regarding this matter;

(16)    Disclosure of all default insurance on the loan that would provide payoff settlement in the event of a default; **No sworn responsive answer will mean you agree there is no debt being claimed**
(17)    Disclosure of any and all chain of custody of the collateral assignments made in regards to the original loan in this debt collection matter;  **No sworn responsive answer will mean you agree there is no debt being claimed**

(18)    Disclosure of any and all governmental offset, setoff and discharge, regarding this trust account matter, weather due to a declaration of national emergency or not. **No sworn responsive answer will mean you agree there is no debt being claimed**

(19)    Pursuant to 15 U.S.C. § 1692(g) (4) Validation of Debts, if you have evidence to validate your claim of debt that your attached presentment does not contain nor constitute deceit, concealment, and fraudulent concealment, nor fraudulent misrepresentation(s), and that one owes this alleged debt, **this is a demand that, within 10 days,** you provide such sworn verification/validation and supporting evidence as named herein, **signed, notarized, and certified under penalty of perjury, to substantiate your claim. Until the requirements of the Fair Debt Collection Practices Act have been met and complied with, your claim is verified/validated, and you have answered/rebutted each issue point by point herein with specificity, then you have no consent to continue any collection activities regarding this matter.No sworn responsive answer will mean you agree there is no debt being claimed**

(20)    **This is a constructive notice that, absent the validation of your claim within 10 days,** you must in Law **"cease and desist"** any and all collection activity and are prohibited from contacting, Maxine Murray, through the mail, by telephone, in person, at her home, or at her work. You may contact her in writing within the time allotted to respond, if more time is needed, you must respond in writing and request it through the office of the Republic Citizens Ombudsman: attn. Michael Lerman, her authorized ombudsman advocate at 11037 Warner Ave, #304, Fountain Valley, California (92708), who sent you this notice to you by certified mail on **Maxine Murray's** behalf, and who will be officially monitoring your compliance to this notice and demand for debt validation pursuant to federal and state law. **No sworn responsive answer will mean you agree there is no debt being claimed**

(21)    If you fail to validate in the time allowed, you will be noticed of your default and you are also required to remove any and all negative derogatory reports off her credit, **immediately with 7 days of this notice,** or you will be in violation of the FDCPA and FCRA, and a complaint will be sent to consumer law protection and enforcement agencies. You are lawfully noticed pursuant to the Fair Debt Collection Practices Act to no longer contact her about the matter or attempt to slander, harass, hinder, or damage her credit, or you will be subject to fines, sanctions and possible lawsuits. **No sworn responsive answer will mean you agree there is no debt being claimed**

(22)    **You are also lawfully noticed further, you are prohibited from contacting any other third parties regarding this matter.** Until this Notice and Demand for Debt validation is satisfied, you and your alleged client(s) are not allowed to make any derogatory reports or statements to any credit reporting agency or anyone else regarding this debt collection matter, or you will be violating the law for **slander of credit, defamation of character,** interference with commerce, and **restraint of trade,** which could subject you to **restraint of trade damages of 100 million dollars US, per entity,** and **one million dollars US, per individual and or natural person,** so govern yourself accordingly. **No sworn responsive answer will mean you agree there is no debt being claimed**

(23)    If you or your client have already made derogatory reports, **you have three days to remove those reports** against her credit, as reported to any credit reporting agencies, so as not to become liable for damages, fines and penalties under the FDCPA. **sworn responsive answer will mean you**

agree there is no debt being claimed

(24)   Each and every attempted contact, outside of contact through the Ombudsman, the rights protection advocate, arbitrator regarding this debt collection matter will be in violation of this act, and will constitute harassment and defamation of character, which will subject your agency and/or attorney and any and all agents in his/her individual capacities, who take part in such harassment and defamation to a liability for actual damages, as well as statutory damages of up to $1,000 for each and every violation, as well as further liability for legal fees to be paid to any counsel which I may retain. Further, absent such validation of your claim, you are prohibited from filing any notice of lien and/or levy or judgment, and are also barred from reporting any derogatory credit information to any credit reporting agency, regarding this disputed, purported debt. **No sworn responsive answer will mean you agree there is no debt being claimed**

(25)   Further, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 (g) (8), as you are merely an "agency" debt collector acting on someone else's behalf. This is a demand that you **provide the name of the original "principal", or "holder in due course" for whom you are attempting to collect this alleged debt.** No sworn responsive answer will mean you agree there is no debt being claimed

(26)   **Please take notice that this is a criminal investigation of the business practices of the above named organization, its agents, officers, employees and attorney to determine violations of the United States criminal laws. No sworn responsive answer will mean you agree there is no debt being claimed**

(27)   Your enclosed claim of collection of a purported debt appears to be founded upon a false record and use of a constructive CQV trust without full disclosures of it's essential terms and conditions, in violation of U.S.C. Title 18 § 2071 and 2073 (falsifying records) and further; uttering, possessing false obligations and counterfeit securities, based upon the falsified records is in violation of U.S.C. Title 18 § 471, 472, 473 and/or 513, and further: using corrupt business practices to make and possess false records and claim of obligation, not substantiated by truthful facts in violation of the Federal Racketeering Influences and Corrupt Organization (RICO), U.S.C. Title 18 § 1961 et. seq. and further: using the U.S. Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 U.S.C. § 1341 – Frauds and Swindles laws, and further sending mail with false and fictitious names or no name, a criminal conduct falling under Title 18 U.S.C. § 1842 – Fictitious Names. **No sworn responsive answer will mean you agree there is no debt being claimed**

<u>TAKE NOTICE</u>

(28)   If the Debt Collector fails to provide full disclosures asked for herein from Respondent, through the Ombudsman, who I authorized to monitor the communications on my behalf, with the requisite verification under sworn affidavit, validating the above referenced alleged debt, within the requirements of law as codified in the Fair Debt Collection Practices Act, Fair Credit Reporting Act and the corresponding laws of each state and falls silent, then the Debt Collector tacitly agrees that:

1.   Debt Collector has no lawful, bona fide, verified claim, regarding the above-referenced alleged account, **REF; FHA # 352-6613929**
2.   Debt Collector waives any and all claims against Respondent;
3.   Debt Collector tacitly agrees that Debt Collector will compensate Respondent for all costs, fees and expenses incurred in defending against this and any and all continued collection attempts,

at the rate of 5000 US Dollars per response after this Notice, regarding the above-referenced alleged account.

4. Failure of Debt Collector to properly and legally verify/validate as per this demand notice, regarding alleged debt under sworn affidavit as required in this notice is a self executing irrevocable power of attorney, authorizing Respondent/Alleged Debtor named herein, to direct the permanent removal, on behalf of the alleged Creditor, of any and all references to said account in any and all credit reporting agency files of any type and anywhere found. **No sworn responsive answer will mean you agree there is no debt being claimed**

5.

**LAWFUL NOTICE OF ALL RIGHTS RESERVED WITHOUT PREJUDICE UCC 1-308**

(29)  **NOTICE:**  Failure on your part to respond, as stipulated, and provide with particularity, everything in this requested NOTICE, is your lawful, legal, and binding agreement with and admission to the fact, that all requested information which is not provided in this NOTICE is nonexistent. Further, this agreement is fully binding upon you and those who represent you in any court in America, without your protest or objection in writing, or that of those who represent you. **No sworn responsive answer will mean you agree there is no debt being claimed**

(30)  Your silence is your acquiescence (agreement, assent, acceptance, consent and compliance). See: Connelly v. General Construction Co., 269 U.S. 385,391. Notification of legal responsibility is "the first essential of due process of law". See also: U.S. V. Tweel, 550 F.2d.297. Your non-response is your agreement to a Nihil Dicit Judgment, which will result in the filing of a material man estoppels judgment lien and other recourse as required to stop and remedy your trespass(es) in Law.

(31)  Respondent's failure to respond to this notice to rebut anything which you find which is in error, triggers conditional acceptance of the ACCEPTANCE OF CONTRACT FOR VALUE clause, where proof of sworn claims are required , ORDERED, DEMANDED,  AND INVOICED in a timely manner under Regulation Z. It becomes your tacit agreement, notice without recourse, that you agree by silence, and "ARE ESTOPPED BY TACIT PROCURATION" by your silence. **If you do not respond within 10 days, then you are in COLLATERAL ESTOPPEL, STARE DECISIS, PROMISSORY ESTOPPEL, ESTOPPEL BY ACQUIESCENCE, AND RES JUDICATA", THAT YOU/THEY WILL THEN BE FOREVER BARRED TO ARGUE AND CONTROVERT THE ISSUES ADMINISTRATIVELY AND JUDICIALLY.  "YOU/THEY ARE IMPEACHED AND ARE IN ESTOPPEL!"**

(32)  The only due process of law and remedy open for Respondents, and those that represent them, is restricted to proving on the issues of whether or not you:

# 1. RESPONDED IN A TIMELY FASHION BY REGISTERED U.S. MAIL and or CERTIFIED U.S. MAIL;

# 2. RESPONSE WAS DONE BY AND IN A SWORN AFFIDAVIT FORM;

# 3. ANSWERED POINT FOR POINT TO EACH AND EVERY ISSUE, With SPECIFICITY, sworn under penalty for perjury;

# 4. ENTERED SWORN EVIDENCE WITH POINTS AND AUTHORITIES BACKED BY FACTS, LAW, AND EVIDENCE;

# 5. THAT YOU/THEY DISCLOSED THEIR SOCIAL SECURITY NUMBER (LAST 4) WITH SIGNATURE; OATH; BOND; CORPORATE CHARTER; ASSUMED NAME CERTIFICATE; LIMITED SALES, EXCISE, AND USE TAX PERMIT; BAR # AND LICENSE TO PRACTICE LAW, Foreign Agent Registration pursuant to the act with the same name;

#6. STATEMENT IN THE STATES INVOLVED IN RESPONDENTS' ACTION, AND A CERTIFIED COPY OF THE WRITTEN PERMISSION FROM DECLARANT, Maxine Murray, TO USE THE COPYRIGHTED and Trademarked Trade Name OF DECLARANT, Beneficial title holder of Birth named estate, who holds superior right, title, and interest in beneficiary/grantor's estate, FOR COMMERCIAL and OR FOR ANY OTHER PURPOSES;

# 7. THAT YOU/THEY QUALIFIED your AFFIDAVIT UNDER Your/THEIR UNLIMITED COMMERCIAL LIABILITY BOND with proper VERIFICATION;

#8. THAT YOU/THEY PROVIDED SIGNATURE UNDER TITLE 28 WITH PENALTIES OF PERJURY;

#9. THAT ALL QUESTIONS THAT ARE MANDATED ARE ANSWERED, all rebuttals to all claims asserted must be answered point by point or BOTH, by proof of valid CONTRACT(S)or sworn /CLAIM(S);

#10. That if you cannot rebut, you are responsible for extinguishing all negative derogatory reports on credit reporting agencies and list them as settled, as agreed, so as not to continue to harm my credit profile as the injured party creditor(s) Maxine Murray.

#11 IF an attorney or law-firm are representing a client in this matter you are to disclose your fara form and your corporate proof of claim that you are registered with the sec of State of California to do business in this state , disclose all duns number(s)and EIN(s) number provide your bonding number , along with a Sarbanes Oxely act disclosure of all the names of the principals of your organization/ corporation and situs incorporation information

(33)    In the event of your continuance of this matter, without proper and complete verification and validation of a sworn debt to the said third-party-witness, OMBUDSMAN, and notary public as designated below, as required under the law, and without proof of LAWFUL AUTHORITY and CREDENTIALS, this then becomes your complete and permanently binding agreement to remunerate, the Declarant, **Maxine Murray**, for all amounts taken as well as legal fees, costs, filing fees, miscellaneous expenses, plus compensatory damages of three (3) times the amount of your stipulated and unproven charges of dollar amounts demanded from the beginning against Declarant.

(34)    If you force this into a court battle to resolve this matter, then you agree that you will owe 100 million Dollars damages for restraint of trade of Declarant, **Maxine Murray**, without recourse, and agree to all terms stipulated by Declarant; including, if you do not come to the table and amicably settle out of court.

(35)    Damages to be paid will include: all sums paid from the beginning to the Declarant, **Maxine Murray**, as restitution for violations of state and federal laws governing proper lending practices. Additional charges of interest, penalties and miscellaneous legal costs/charges will be determined at the time of final settlement, for interfering in the constitutionally protected rights, regarding Trade in

Commercial Affairs and Private affairs of Declarant; without constitutionally enacted Authority, Standing, Subject Matter Jurisdiction, a lawfully proven contract, nor lawful court order. All said issues of which have abrogated my due process rights. As Declarant, I, **Maxine Murray**, reserve all rights of recourse and self defense to stop each criminal act of trespass on intellectual inherent rights against criminal impostors posing as fake holders in due course, without sworn proof of claim rights to enforce proof of claim.

(36)   I, the Declarant, **Maxine Murray**, have a right to expect restitution, recovery, and remedy. **This is your lawful notice to cease and desist the criminal harms you have engaged in toward me.** This response will constitute my effort to peacefully resolve this on-going debt claim between the parties involved. Until full disclosure is achieved, there can be no case, collection, or action. "No civil or criminal cause of action can arise lest, out of fraud, there be a valid, honest contract." See _Eads v. Marks_ 249 P. 2d 257, 260.

Done this __28th__ day of January **2025**

I, **Maxine Murray** declare under penalties of perjury in accordance with the laws of the United States of America (**without** the "United States") Title 28 U.S.C. § 1746(1) the forgoing is true and correct and is admitted by Respondent, when not rebutted, so help me.

Autographed _Maxine Murray_

On __28th__ day of __January__ **2025** __Maxine  Murray__ personally appeared before me in __New Jersey__ County, __Monmouth__ and placed her signature above.

_____       Notary Seal
Notary Signature

Joseph Vitale
Notary Public, State of NJ
Commission #50218568
Commission Exp. 02/09/2029

**RECORDS REQUEST NOTICE AND DEMAND FOR ERROR-FREE
ACCOUNTING** Pursuant to U.C.C. 9 – 210 and other applicable laws
**Ombudsman notice #** 9589 0710 5270 0927 2588 19

From: Michael Lerman
The Office of Republic Citizens Ombudsman            DATE January 31, 2025
submitted on behalf of demandent: **Maxine Murray**
11037 Warner Ave #304
Fountain Valley, California (92708)

To : Respondent (s): **Compulink et al and
      Attn C/o  J Eric Kishbaugh et al
      Legal Manager of KML law group PC et al**
      C/O suite 5000 Market Street
      Philadelphia, Pennsylvania
                    19106-1532

re: Debt collection matter Sent on Behalf of **Maxine Murray**
**re Debt Collector**
reference # **Compulink, alleged agent for HUD** et al , and **KML law group PC et al**
re : account #  352-6613929

**Address  of Demandent
From Maxine Murray
21 Clinton Place
Red Bank, New Jersey  (07701)**

Dear Principal or Agent and/or :
This communication is with reference to the alleged contractual relationship. **Maxine Murray** has a
right to an authenticated record of accounting. **Maxine Murray** is not requesting a statement of
account. **Maxine Murray** is requesting an authenticated, error-free record of the accounting regarding
this matter. See Ombudsman FDCPA Debt Validation  Compliance Demand  **9589 0710 5270 0927
2588 19** regarding this matter.

**Maxine Murray** is  hereby disputing the alleged debt and requires that you provide the requested
information in a sworn affidavit under penalty of perjury for truthfulness re: accounting record within
the time allotted by law. Also provide the Ombudsman, pursuant to the FDCPA, the debt validation
document compliance demanded in the attached notice provided with this notice completed in full
within 10 calendar days.

Send a copy of your response in 10 days to the Ombudsman's address who sent you this notice and
demand and CC a  copy to **Maxine Murray's** personal address which is provided at the top of this
notice.
I wish to thank you for your time in providing this information, which is readily available to you, as the
custodian of the records, and/or the collective entity. Please note that each day beyond the 10th
calendar-day of receipt of this communication, I will be assessing a $33 per day penalty for your failure
to comply and/or $1000 per month in silver coin lawful money or it's fuctional credit equivlent ,
whichever is greatest. I have the right to this information as indicated by the Uniform Commercial
Code:

U.C.C. § 9-210. REQUEST FOR ERROR FREE - ACCOUNTING; REQUEST REGARDING LIST

Ombudsman Notice # **9589 0710 5270 0927 2588 19**
**U.C.C. § 9-210. REQUEST FOR ERROR FREE – ACCOUNTING**

OF COLLATERAL OR STATEMENT OF ACCOUNT pursuant to GAAP .
§ 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL OR STATEMENT OF ACCOUNT.
(a) [Definitions.](1) "Request" means a record...
(2) **"Request for an accounting" means a record authenticated**
(b) [**Duty to respond to requests**.]... shall comply with a request within 10 days after receipt:
(1) **In the case of a request for an accounting, by authenticating and sending to the alleged debtor an accounting**; and...(e) [Request for accounting or regarding statement of account; no interest in obligation claimed.]

A person that receives a request for an accounting or a request regarding a statement of account..., and claimed an interest in the obligations at an earlier time shall comply with the request within 10 days after receipt by sending to the debtor an authenticated record to the office of the Ombudsman who sent this request for record on behalf of **Maxine Murray** and sending a duplicate copy to **Maxine Murray's** personal address provided herein. If you fail to do so within the 10 days demanded, your default will be officially recorded. You may request additional time for compliance if needed but you must do so before the 10 days required for your compliance and additional time may be granted so long as a reason is provided and it is not an attempt to hinder of deny compliance of production of the records
(1) disclaiming any interest in the obligations; and
(2) if known to the recipient, providing the name and mailing address of any assignee of or successor to the recipient's interest in the obligations.
        This authenticated record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which **Maxine Murray** is alleged to be a party. **Maxine Murray** has a right to have this information, as its directly associated with the reporting activities associated with **Maxine Murray's** financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes not for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109! Please correct your records to reflect the aforementioned, **Maxine Murray's** property is neither real estate, nor investment property, it is **private property**, and **under the right to property clause of the Bill of Rights for the State** and for the United States of America, these are **Maxine Murray's** possessions, **Maxine Murray's** property, **Maxine Murray's** interest, and **Maxine Murray** does not wish to be libeled by any other attempts to seize what is **Maxine Murray** by right.
        As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with **Maxine Murray** rights applies respectively, THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT, and/or THE TRUTH IN LENDING ACT, penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

**Maxine Murray** and the Ombudsman sincerely thank you for your compliance with this NOTIFICATION.

_Michael Lerman_ ———— Jan 31 2025

Michael Lerman Republic citizens ombudsman
on behalf of **Maxine Murray** all rights reserved

2                        Ombudsman Notice # **9589 0710 5270 0927 2588 19**
                          **U.C.C. § 9-210. REQUEST FOR ERROR FREE – ACCOUNTING**

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Orange _____ )

On ___ January 31st, 2025 ___ before me, ___ Tatiana Veres (Notary Public) ___
(insert name and title of the officer)

personally appeared ___ Michael Lerman ___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

TATIANA VERES
COMM. #2395244
Notary Public · California
Orange County
My Comm. Expires Feb. 28, 2026

REQUEST FOR ERROR FREE — ACCOUNTING
OMBUDSMAN NOTICE # 9589 016 5276 0927 8588 19



CERTIFIED MAIL – RETURN RECEIPT REQUESTED

**NOTICE OF INTENT TO FORECLOSE
AND ACCELERATE MORTGAGE BALANCE**

*Return for Cause without Dishonor
See attached notices and demand for debt
validation  pursuant to law and Notice and
Demand for Abatement  Regarding your
Forclosure notice  also provide the following*

August 2, 2024

THE ESTATE OF SADIE E MURRAY
THE ESTATE OF MALCOLM MURRAY SR
PO BOX 7661
SHREWSBURY, NJ 07702

*#1 (POA) Proof of Power of Attorney
contract from
the bank to operate on their behalf, and*

| | |
|---|---|
| FHA CASE NUMBER: | 352-661~~5939~~ |
| AMOUNT OF THE DEBT: | $ 336,721.57 |
| PAST DUE AMOUNT: | $ 336,721.57 |
| PAYMENT DUE AMOUNT AS OF: | August 2, 2024 |
| NAME OF THE CREDITOR: | US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT |

*#2 IRS form 56 Fiduciary Disclosure, and*

*#3 Demand for IRS FORM 1099 OID
Disclosure of the source of funding for the
alledged loan*

*#4 Demand for Sworn Proof of  Debt
Validation Claim Specific  Disclosures
FDCPA  FILA   FCRA*

THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS
COMMNICATION IS FROM A DEBT COLLECTOR.

*#5  Also (see attached) Demand for Error-
First Accounting regarding this account's
GAAP Ledger*

Dear THE ESTATE OF SADIE E MURRAY & THE ESTATE OF MALCOLM MURRAY
SR:

Please note that Compu-Link Corporation, as a contractor for the SECRETARY OF HOUSING
AND URBAN DEVELOPMENT, referred to herein as "Lender," is currently servicing your
Home Equity Conversion Mortgage (HECM) account.  The SECRETARY OF HOUSING AN
DURBAN DEVELOPMENT is the holder of the first mortgage and note on the above premises.

*#6  Lawful Signature And provide name of
the corporate officer who generated this
notice  Your notary public jurat
acknowledgements establish proof about premises.
convey proof of claim and must be abated*

1.  The Lender holds a mortgage which encumbers the real estate or residence referenced
    above.

As of the date of the notice, THE MORTGAGE IS IN DEFAULT STATUS due to violation of
9(a)(i):

A Borrower dies and the Property is not the principal residence of at least one surviving
borrower.

14002 East 21st Street, Suite 300, Tulsa, OK 74134
Phone (877) 622-8525 ~ Fax (888) 385-2824 ~ TTY/TDD (800) 877-8339

Return for Cause without Dishonor
See attached notices and demand for debt
validation  pursuant to law and Notice and
Demand for Abatement  Regarding your
Foreclosure notice  also provide the following

#1 (POA) Proof of Power of Attorney
contract from
the bank to operate on their behalf, and

#2 IRS form 56 Fiduciary Disclosure, and

#3 Demand for IRS FORM 1099 OID
Disclosure of the source of funding for the
alledged loan

#4 Demand for Sworn Proof of Debt
Validation Claim Specific  Disclosures
FDCPA. TILA,  FCRA

#5  Also (see attached) Demand for Error-
Free Accounting  regarding this account's
GAAP Ledger

#6  Lawful Notice : Also provide the name of
the  corporate officer who generated this
notice . Your notice is unsign lacking
endorcement as  such  It is not valid to
convey proof of claim and must be abated

**IN THE SUPERIOR COURT OF NEW JERSEY
MONMOUTH COUNTY**

October 27, 2025

KML LAW GROUP, et al
COMPULINK, et al
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT
         Defendants,
    Vs.

Maxine Murray, sui juris, attorney in fact for
The Ens legis Fiction Trust MAXINE MURRAY
     Suitor, Counterclaimant

**Case # MON-DC-011334-25**

Notice of Non-response-Default acknowledged
by Contractual Tacit Agreement to the Liability
Claim as Stated in the Fair Debt Collections Act
Request Dated 31Jan2025, and Counterclaim of
Record, Dated October 3, 2025

To: The Honorable of the Superior Court of New Jersey
Monmouth County, 71 Monument Park
Freehold, NJ 07728

**Notice to Principal is Notice to Agent; Notice to Agent is Notice to Principal**

    **Notice of Non-response by KML LAW GROUP, et al, and COMPULINK, et al, HUD, et al, Default of Record, Summary Judgment by Contractual Tacit Acceptance and Tacit Agreement to Liability Claim of Record:**

    COMES NOW, Plaintiff and Counterclaimant, Maxine Murray, suitor by special appearance, as self in Law, and enters into evidence of Record this *Notice of Non-response-Default,* to: Validation of Debt—required by Fair Debt Collection Practices Act (FDCPA), Fair Credit Reporting Act (FCRA) and Real Estate Settlement Procedures Act (RESPA); Verified Federal Counterclaim and Constitutional Emergency Petition against the above-named Defendants, et al,  represented by Michael T. McKeever, et al—Attorney AT law for KML Law Group, et al;

    Suitor hereby Declares and affirms, in the nature of an Affidavit of Facts of Record, under penalty of the Laws of the United States of America, based upon first hand witnessed testimony that the statements herein are true, correct and certain to the best of my research, knowledge and belief [28 USC 1746(1)], as stated in the Record; that named Defendants acting under color of law in their silence have acquiesced to the violations of the supreme Law of the Land set out in Article 6 of the Constitution

Page 1 of 2

for the United States of America, violating the Law of Nations, Section 30, by Tacit acceptance and Tacit

agreement, and have remained silent to Suitor's valid Claims made in Record;  said Defendants made

false claims in this court action in an attempt to defraud Suitor for unjust enrichment, with malice in

law, malice aforethought using malicious abuse of legal process, applying Unfair Deceptive Acts and

Practices (UDAAPs); all when Defendants required response and rebuttal to Debt Validation and

Counterclaim were never entered into this court record confirming the false claim and now remain in

Default; therefore said Claims by Suitor remain unrebutted in the court Record confirming fraud upon

the court with criminal intent established in and for the Record; whereas based upon Suitor's Claims in

the court Record, all Claims of Record for damages sought must be granted forthwith by operation of

law.

See Attached: Wells Fargo Reverse Mortgage letter and Mortgage Insurance Premium Cost; 2pgs

Suitor declares and affirms that the foregoing is true and correct to the best of my research,

knowledge and belief; all Rights reserved, without recourse.

Further sayeth suitor naught:

October 27, 2025

By: /s/ *Maxine Murray*

By Maxine Murray, suitor, self in Law, attorney-In-fact
for the Ens Legis fiction Trust MAXINE MURRAY,
Executrix, Beneficial Interest Holder, Claimant

CC:
njfilings@kmllawgroup.com
evictions@kmllawgroup.com

osginfo@usdoj.gov
Katelyn-hamilton@appro.senate.gov
Marshall.yates@mail.house.gov
Criminal.division@usdoj.gov
ttobasko@omb.eop.gov
pam.bondi@usdoj.gov
contact@gao.gov
tortclaimsunit@navy.mil
ericsmith@usmc.mil
contact@amg-news.com

RECEIVED
JAN 29 2026
SUPERIOR COURT OF NEW JERSEY
MONMOUTH VICINAGE
FINANCE DIVISION

Maxine Murray
as self in law
21 Clinton Place
Red Bank, New Jersey 07701  717-476-4423
E-mail:  maxmurray@aol.com

# SUPERIOR COURT OF NEW JERSEY
## CHANCERY DIVISION – GENERAL EQUITY

Secretary of Housing and Urban Development, Represented by KML Law Group

Plaintiff in error   ,

vs.

Maxine Murray,

Defendant in error
Counter Claimant

) SUPERIOR COURT OF NEW JERSEY
) LAW DIVISION:
) SPECIAL CIVIL PART
) MONMOUTH COUNTY
) DOCKET NO.: DC-11334-25
) CIVIL ACTION
)
) **ORDER TO SHOW CAUSE ( OSC )**
) **EMERGENCY ORDER** SETTING ASIDE
)     FINAL JUDGMENT,
)      ENJOINING EVICTION,
)    AND STAYING ENFORCEMENT
) FOR LAWFUL CAUSE, LACK OF STANDING
)  AND  LACK OF SUBJECT MATTER
)  JURISDICTION  SUPPORTED BY
)  AFFIDAVIT BY: Maxine Murray
)
)

RECEIVED
JAN 29 2026
MONMOUTH VICINAGE
CIVIL DIVISION   231

# EMERGENCY ORDER
# SETTING ASIDE FINAL JUDGMENT,

ENJOINING EVICTION,
AND STAYING ENFORCEMENT**

THIS MATTER having been opened to the Court upon the application of Defendant(s), by way of Motion/Order to Show Cause pursuant to R. 4:50-1(d), (c) and (f), seeking to vacate the Final Judgment of Foreclosure entered on Oct. 31, 2025 and

THE COURT having considered the moving papers, certifications, exhibits, and arguments of the parties; and

THE COURT having found that:

1. Plaintiff was required to possess lawful standing with evidence in the court record at the time the foreclosure complaint was filed; and

1/3

OSC  Setting Aside Judgment, Staying Eviction # 9589 0710 5270 2603 9511 20

2. Discovery and documentary evidence demonstrate that Plaintiff did not possess the mortgage note, nor hold a valid assignment of fiduciary capacity for the mortgage and note and servicing agreement at the inception of this action; the failure of the plaintiff to make these disclosures upon demand of debt validation shows proof they did not have authority. Plaintiff failed to state a claim upon which relief can be granted, therefore, no valid certification exists, no valid accounting exists, Therefore, it is referred to the IRS for forensic analysis and certified accounting, as required to make your judicial decision.

3. Any assignment or claimed transfer relied upon by Plaintiff was executed after the filing of the Complaint, and ,therefore, could not confer standing retroactively; and

4. Plaintiff and/or its counsel represented to this Court, expressed or by implied standing without evidence in the court record , that Plaintiff possessed standing at the inception of this action, upon which this Court relied in entering a Final Judgment; and

5. Such representations were materially inaccurate, and misleading, and constitute fraud, misrepresentation, and misconduct within the meaning of R. 4:50-1(c); and

6. A foreclosure judgment entered in the absence of standing is void by operation of law, pursuant to R. 4:50-1(d); and

7. The integrity of the judicial process requires that judgments obtained without standing, certification of full accounting as required and through misrepresentation must be vacated; and

8. Defendant(s) have demonstrated a meritorious defense, namely that Plaintiff lacked standing and subject matter jurisdiction for and on the record to institute and maintain this foreclosure action; and

9. Absent immediate injunctive relief, Defendant will suffer irreparable harm, including loss of possession of her home,and be made homeless at 83 without the ability to financially maintain living , for which there is no adequate remedy at law.

mm

# IT IS on this 29th day of January, 2026, ORDERED that:

1. The Final Judgment of Foreclosure entered on Oct. 31, 2025 is hereby VACATED and SET ASIDE for lawful cause in its entirety:, R. 4:50-1(d), and the 5th amendment of the US Constitution;

2. All enforcement of the vacated judgment is hereby STAYED, including but not limited to issuance or execution of a Writ of Possession;

3. Plaintiff, its agents, servants, attorneys, successors, assigns, and any Sheriff or constable acting on Plaintiff's behalf are hereby ENJOINED from proceeding with eviction, removal, or dispossession of Defendant(s) pending further Order of the Court;

4. Any scheduled or pending Sheriff's Sale or eviction is hereby CANCELED and STAYED;

5. Plaintiff shall not transfer, assign, or encumber the subject mortgage or property during the pendency of this matter without leave of Court;

6. This matter is hereby restored to the active docket;

7. Plaintiff shall, within 21 days, produce in discovery:

    ☐ Proof of possession of the original mortgage note for inspection front and back as of the filing date of the Complaint;

    ☐ All assignments, endorsements, and alonges relied upon to establish standing;

    ☐ Any servicing or custodial records and certified error free accounting evidencing possession or transfer of the note prior to filing complaint;

    ☐ Any servicing agreements between KML Law Group and the HUD evidencing LPOA to act on behalf of HUD;

    ☐ Any IRS compliant Form 56 fiduciary appointment to act as fiduciary regarding this property matter;

    ☐ Any IRS compliant Form 1099 OID to show source of funds, 1099 A,1099 C Form, date stamped received by the IRS;

    ☐ All IRS and CPA Tax filings regarding KML Law Group assignments, transfers, servicing agreements, and transactions reported regarding this tax matter to the IRS containing date stamps of when these transactions were reported to the IRS, so an IRS forensic audit and certified accounting of KML law group handling of this foreclosure matter can be inspected by IRS auditors for lawful compliance;

8. This Court retains jurisdiction to enforce and modify this Order; and

9. Such other and further relief as the Court deems just and equitable is hereby GRANTED.

Respectfully Submitted by;

_____
judge

Maxine Murray   all rights reserved

Ref: Judicial Accountability Public Safety Act , Define terms such as "judicial officer," "intentional disregard for public safety, includes punitive damages if a judge's conduct was particularly egregious, which including putting Maxine Murray out in the snow without remedy is particularly egregious; and see 12 (b) 6.

KAREN COOLAHAN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 19, 2030

3 / 3

OSC  Setting Aside Judgment, Staying Eviction # 9589 0710 5270 2603 9511 20

**Affidavit of Maxine Murray supporting**
**ORDER TO SHOW CAUSE**
Order to Set Aside Final Judgment, Enjoining
**and Staying Enforcement for Lawful Cause for**
**Lack of Standing and for Lack of Subject Matter Jurisdiction**

<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<        >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

*Affirmati, non neganti incumbit probatio*-the proof lies upon him who affirms, not on him who denies.

New Jersey state } The following text is affirmed and subscribed to

Monmouth county } in this de jure venue; to wit:

**OFFICIAL NOTICE REQUESTED / JUDICIAL NOTICE REQUIRED**
**Notice to agent is notice to principal and notice to principal is notice to agent.**

I, Maxine Murray, herein after called "Affiant," comes now before all the world, and Affiant says to all the world the following:
1. Affiant's mailing location is: 21 Clinton Place Bank, New Jersey 07701
2. Affiant is of legal age.
3. Affiant is competent to testify to the facts stated herein having firsthand knowledge of the facts stated herein:

1. Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that subject matter jurisdiction has ever been present from the beginning of the foreclosure process and affiant believes they cannot.

2 Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that Plaintiff possessed the original note as holder in due course when this action was filed. Standing, right title and interest did not exist and the case remains without bonding, contract or evidence. Affiant believes no lawful standing exists from the beginning "ab initio and the judgment is void ".

3. Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that Plaintiff has ever held a valid assignment as fiducary when this action was filed. Standing did not exist. Affiant believes the judgment is void".

4.Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that deceit, concealment and misrepresentation fraud on the court and contract was not present from the beginning of the case because of the foreclosing party's involvement with MERS. Affiant believes they cannot.

5 Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show there was ever lawful consideration tendered in exchange for said property. Affiant believes they cannot.

6.Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show proof of claim, that valid power of attorney

1          **Affidavit of Maxine Murray in support of OSC**
          **Document # 9589 0710 5270 2603 9511 20**

(POA irs 2848) , irs Form 56, fiducary disclosure from HUD exists to exercise a valid trust and security agreement regarding this trust matter, when no valid certified CPA IRS compliant accounting has ever been proven to exist as evidence for and on the record; no proof of claim of evidence of debt/ original note has ever been evidenced for and on the record;, no proof of bonding has ever been evidenced for and on the record.   Affiant believes they cannot

7. Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that deceit, concealment and misrepresentation fraud on the court and contract was not present from the beginning of the case, because of the foreclosing party's failure to evidence for and on the record that they are not engaged in mortgage origination fraud because of material omissions pursuant to TILA, Reg Z, RESPA. Affiant believes they cannot

8. Affiant has not seen any documentary evidence from a competent fact witness with first hand knowledge showing that the foreclosing party can show that that deceit, concealment and misrepresentation fraud on the court and contract was not present from the beginning of the case, because of the foreclosing party's failure to evidence that they are not engaged in violations of Fair Debt Collection Practices Act (FDCPA), i.e. Federal Law for Unfair Deceptive Acts and Practices UDAPS

Affiant has read the foregoing, and declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and certain to the best of my knowledge and Affiant knows and understands the contents therein. Affiant affirms the above-stated to the best of Affiant's knowledge, understanding and beliefs (28 USC 1746 (1) and submits the aforementioned on Affiant's own, commercial liability declaring by affidavit that the foregoing is true, correct, complete, certain and not misleading. Affiant's word is Affiant's bond. Affiant's autograph is Affiant's seal. This deed is made under Necessity-of-Law in order to protect Affiant's unalienable interests from trespass and harm with specific reference to Affiant's Right of Subrogation and Right of Recourse should harm continue to occur to Affiant's protected rights, hereinafter.

DATE: JANUARY 29, 2026

_____
Maxine Murray

LOREN COOLAHAN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRED JUNE 19, 2030

2

Subject: **NJ eCourts WRIT OF POSSESSION Notification - Civil Case MON-DC-011334-25**

Date: 2/10/2026 3:44:57 PM Eastern Standard Time

From: eCtsCivDNR.Mbx@njcourts.gov

To: NJFILINGS@KMLLAWGROUP.COM, EVICTIONS@KMLLAWGROUP.COM, MAXMURRAY@AOL.COM

## SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following was filed by MC KEEVER, MICHAEL, T on 02/10/2026 at 3:44 PM:

Plaintiff Name: SECRETARY OF HOUSING AND URBAN DEVELOPMENT

Defendant Name: MAXINE MURRAY, SYLVIA HILL WAINRIGHT, JOHN DOE OCCUPANTS 1-10

Case Caption: SECRETARY OF HOUSING VS MURRAY MAXINE

Case Number: MON-DC-011334-25

Docket Text: WRIT OF POSSESSION submitted by MC KEEVER, MICHAEL, T of KML LAW GROUP, PC on behalf of SECRETARY OF HOUSING AND URBAN DEVELOPMENT against MAXINE MURRAY, SYLVIA HILL WAINRIGHT, JOHN DOE OCCUPANTS 1-10

Transaction ID: SCP2026686572

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | MICHAEL T MC KEEVER | NJFILINGS@KMLLAWGROUP.COMEVICTIONS@KMLLAWGROUP.COM |
| Defendant | MAXINE MURRAY | MAXMURRAY@AOL.COM |

**Notice was not electronically mailed to:**

| | | |
|---|---|---|
| Defendant | SYLVIA HILL WAINRIGHT | 21 CLINTON PLACE, RED BANK, NJ 07701 |
| Defendant | JOHN DOE OCCUPANTS 1-10 | 21 CLINTON PLACE, RED BANK, NJ 07701 |

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court of New Jersey - Special Civil Part.

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.

Subject:    **NJ eCourts WRIT OF EXECUTION Notification - Special Civil Part MON-DC-011334-25**

Date:    4/2/2026 10:15:35 AM Eastern Daylight Time

From:    eCtsCivDNR.Mbx@njcourts.gov

To:    NJFILINGS@KMLLAWGROUP.COM, EVICTIONS@KMLLAWGROUP.COM, MAXMURRAY@AOL.COM

## SUPERIOR COURT OF NEW JERSEY - eCOURTS

The following notice is being sent from eCourts:

Plaintiff Name:    SECRETARY OF HOUSING AND URBAN DEVELOPMENT
Defendant Name:    MAXINE MURRAY, SYLVIA HILL WAINRIGHT, JOHN DOE OCCUPANTS 1 -10
Case Caption:    SECRETARY OF HOUSING VS MURRAY MAXINE
Case Number:    MON DC 011334-25
Docket Text:    WRIT OF EXECUTION submitted by Case Management Staff
Transaction ID:    SCP20261562775

**Notice has been electronically mailed to:**

| | | |
|---|---|---|
| Plaintiff Attorney | MICHAEL T MC KEEVER | NJFILINGS@KMLLAWGROUP.COMEVICTIONS@KMLLAWGROUP.COM |
| Defendant | MURRAY, MAXINE | MAXMURRAY@AOL.COM |

**Notice was not electronically mailed to:**

| | | |
|---|---|---|
| Defendant | SYLVIA HILL WAINRIGHT | 21 CLINTON PLACE, RED BANK, NJ 07701 |
| Defendant | JOHN DOE OCCUPANTS 1 -10 | 21 CLINTON PLACE, RED BANK, NJ 07701 |

Login to eCourts to view the Case Jacket. You will need a valid user ID (Bar ID) to view the submitted documents.

For questions, please contact the Superior Court Special Civil Part in county of venue..

This communication is for notification purposes only.

This email was sent from a notification-only address that cannot accept incoming mail. Please do not reply to this message.