**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Floor*          main: (856) 757-5026
*Camden, NJ 08101*          direct: (856) 757-5139

*john.stinson@usdoj.gov*

April 21, 2026

**Via ECF and Overnight Mail**

Maxine Murray
Post Office Box 7661
Shrewsbury, New Jersey 07702

> *In re* Maxine Murray
> Chapter 13 - Bankruptcy Case No. 26-11316-CMG

Dear Ms. Murray:

The undersigned is counsel to the United States Department of Housing and Urban Development ("HUD").  My office is informed that you filed a Chapter 13 Plan (the "Plan") in the above matter.  There is no certificate of service related to the Plan [ECF Doc. No. 25]; therefore, you have not properly served HUD as required by D.N.J. LBR 3015-1 as well as Bankr. Rule 9014.

As a result, HUD has not yet been properly noticed as a party to this matter and no responsive pleading from the United States will be forthcoming until this is cured.

Thank you for your attention to this matter.

Sincerely,

ROBERT FRAZER
United States Attorney

By:     /s/ *John T, Stinson*
JOHN T. STINSON
Assistant U.S. Attorney

cc:     Chapter 13 Trustee, Albert Russo (*via ECF*)