UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES ATTORNEY'S OFFICE
ROBERT FRAZER
United States Attorney
NICHOLAS M. ENGEL
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08102
Tel: (856) 968-4930
*Attorneys for the United States of America*

*In re*

MAXINE MURRAY,

Debtor.

Case No.: 26-11316-CMG

Chapter: 13

Judge: Christine M. Gravelle

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Nicholas M. Engel, AUSA will be substituted as attorney of record for U.S. Dept. of Housing and Urban Development, Creditor in this case. [1]

Date: 07/21/2026

/s/ *John T. Stinson*
Signature of Former Attorney

Date: 07/21/2026

/s/ *Nicholas M. Engel*
Signature of Substituted Attorney[2]

*rev.8/1/16*

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.